Jan Hamilton, Trustee
507-509 S Jackson Street
Topeka, Kansas 66603

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the Period from August 1, 2010 thru July 31, 2011
**Chapter 13 Case #: 07-40925**

Re: CYRUS KARL & TAMMI LATRICE HYSTEN  
1024 SW JEWELL  
TOPEKA  KS  66604

Attorney: PAUL D POST  
5897 SW 29TH  
TOPEKA  KS  66614

## RECEIPTS

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| Aug 03 | 120.00 | Aug 09 | 120.00 | Aug 16 | 120.00 | Aug 23 | 120.00 |
| Aug 30 | 120.00 | Sep 07 | 120.00 | Sep 13 | 120.00 | Sep 21 | 120.00 |
| Sep 27 | 120.00 | Oct 05 | 120.00 | Oct 12 | 120.00 | Oct 18 | 120.00 |
| Oct 25 | 120.00 | Nov 01 | 120.00 | Nov 08 | 120.00 | Nov 15 | 120.00 |
| Nov 23 | 120.00 | Nov 29 | 120.00 | Dec 07 | 120.00 | Dec 13 | 120.00 |
| Dec 20 | 63.36 | Dec 28 | 120.00 | Jan 04 | 120.00 | Jan 10 | 120.00 |
| Jan 19 | 120.00 | Jan 24 | 120.00 | Jan 31 | 120.00 | Feb 10 | 120.00 |
| Feb 15 | 120.00 | Feb 22 | 120.00 | Mar 02 | 120.00 | Mar 08 | 120.00 |
| Mar 14 | 120.00 | Mar 21 | 120.00 | Mar 28 | 120.00 | Apr 04 | 120.00 |
| Apr 08 | 115.00 | Apr 13 | 115.00 | Apr 22 | 130.00 | Apr 29 | 150.00 |
| May 06 | 130.00 | May 13 | 130.00 | | | | |

## CLAIMS AND DISTRIBUTIONS THIS PERIOD

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be paid | Principal Paid | Interest Paid | * Unpaid Balance |
|---------|---------------|-------|---------------|--------------------|----------------|---------------|------------------|
| TTE | Trustee Compensation | Admin | | | 1,970.63 | | |
| ATTY | Attorney | Admin | 2,681.92 | 100.00% | 2,681.92 | | .00 |
| 0001 | PRA RECEIVABLE MANAGEME | UNSECURED | 921.95 | NOTE A | 434.25 | .00 | 487.70 |
| 0002 | KELLY LYN FIGURE SPA | UNSECURED | 976.47 | NOTE A | 459.93 | .00 | 516.54 |
| 0003 | TOPEKA PATHOLOGY | UNSECURED | 978.42 | NOTE A | 460.85 | .00 | 517.57 |
| 0004 | STORMONT VAIL REGIONAL | UNSECURED | 317.36 | NOTE A | 145.46 | .00 | 171.90 |
| 0005 | STORMONT VAIL REGIONAL | UNSECURED | 313.27 | NOTE A | 143.59 | .00 | 169.68 |
| 0006 | SALLIE MAE | UNSECURED | 10,012.96 | NOTE A | 4,716.26 | .00 | 5,296.70 |
| 0007 | ATMOS ENERGY | UNSECURED | .00 | NOTE A | .00 | .00 | .00 |
| 0008 | MIDWEST CHECKRITE INC | UNSECURED | 774.84 | NOTE A | 355.12 | .00 | 419.72 |
| 0009 | COTTON-O'NEIL CLINIC PA | UNSECURED | 857.08 | NOTE A | 403.70 | .00 | 453.38 |
| 0010 | SALLIE MAE | UNSECURED | 4,206.48 | NOTE A | 1,981.32 | .00 | 2,225.16 |
| 0011 | UNIVERSAL ACCEPTANCE CO | UNSECURED | 5,069.94 | NOTE A | 2,388.02 | .00 | 2,681.92 |
| 0012 | UNIVERSAL ACCEPTANCE CO | SECURED | .00 | 100.00% | .00 | .00 | .00 |
| 0013 | HOUSING & CREDIT COUNSE | ADMINISTRAT | 125.00 | 100.00% | 125.00 | .00 | .00 |
| 0014 | JEFFERSON CAPITAL SYSTE | UNSECURED | 1,051.52 | NOTE A | 495.29 | .00 | 556.23 |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be paid | Principal Paid | Interest Paid | * Unpaid Balance |
|---|---|---|---|---|---|---|---|
| 0015 | STORMONT VAIL HEALTH SR | UNSECURED | 286.10 | NOTE A | 126.87 | .00 | 159.23 |
| 0016 | CITI RESIDENTIAL LENDIN | MORTGAGE AR | .00 | 100.00% | .00 | .00 | .00 |
| 0017 | STEVEN A MAY | UNSECURED | 969.03 | NOTE A | 456.42 | .00 | 512.61 |
| 0018 | PRA RECEIVABLE MANAGEME | UNSECURED | 531.59 | NOTE A | 243.65 | .00 | 287.94 |
| 0019 | PRA RECEIVABLE MANAGEME | UNSECURED | 423.24 | NOTE A | 193.99 | .00 | 229.25 |
| 0020 | WESTRIDGE JEWELRY REPAI | UNSECURED | 1,043.05 | NOTE A | 491.29 | .00 | 551.76 |
| 0021 | CITY OF TOPEKA MUNICIPA | UNSECURED | 208.00 | NOTE A | 97.97 | .00 | 110.03 |
| 0022 | CITY OF TOPEKA WATER | UNSECURED | 667.84 | NOTE A | 314.56 | .00 | 353.28 |
| 0023 | KANSAS DEPT OF REVENUE | PRIORITY | .00 | 100.00% | .00 | .00 | .00 |
| 0024 | STACY EDWARDS | PRIORITY | 1,107.72 | 100.00% | 1,107.72 | .00 | .00 |
| 0025 | LESLEY HYSTEN | PRIORITY | 2,240.00 | 100.00% | 2,240.00 | .00 | .00 |
| 0026 | CHECK INTO CASH | UNSECURED | .00 | NOTE A | .00 | .00 | .00 |
| 0027 | CHRYSLER FINANCIAL CORP | UNSECURED | .00 | NOTE A | .00 | .00 | .00 |
| 0028 | HOMELAND STORES | *UNSECURED* | 208.93 | NOTE A | 208.93 | .00 | .00 |
| 0800 | LESLEY HYSTEN | NOTICE ONLY | .00 | NOTE A | .00 | .00 | .00 |
| 0801 | STACY EDWARDS | NOTICE ONLY | .00 | NOTE A | .00 | .00 | .00 |
| 0802 | CITI RESIDENTIAL LENDIN | NOTICE ONLY | .00 | NOTE A | .00 | .00 | .00 |
| 0803 | CITI RESIDENTIAL LENDIN | NOTICE ONLY | .00 | NOTE A | .00 | .00 | .00 |
| 0804 | ECAST SETTLEMENT CORP | NOTICE ONLY | .00 | NOTE A | .00 | .00 | .00 |

*-This amount is the total of the principal owed and any unpaid accrued interest.
   NOTE A: This is a base plan.  The amount to be paid to the unsecured creditors will be based on the excess
       funds available during the specified length of the plan and at this time is undetermined.

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including     : July 31, 2011

Receipts:   $22,519.02     Paid to Claims:     $17,590.19     Administrative Costs Paid:     $4,872.55     Funds on Hand:   $56.28

FG147/ 07-40925 /08/02/2011                                                                  Total unpaid balance: **     $17,140.39

** ALL CASES MUST RUN AT LEAST 36 MONTHS UNLESS ALL ALLOWED CLAIMS ARE PAID 100%.  DO NOT
   PAY OFF YOUR PLAN EARLY WITHOUT CONSULTING WITH YOUR ATTORNEY AND THE TRUSTEE.
   THE PRINCIPAL BALANCE DOES NOT REPRESENT THE PAYOFF AMOUNT FOR YOUR CASE.  THIS IS
   ONLY A CURRENT BALANCE AND DOES NOT INCLUDE ANY FUTURE ACCRUED INTEREST ON CLAIMS.